

FILED
CLERK, U.S. DISTRICT COURT
JAN 13 20..
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 11-0081 M |
| Plaintiff, | |
| vs. | ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| Rodrigo ROBLES-DORANTEZ | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ____D. UTAH____ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _no evidence by ∆; 13 aliases + 3 DOB's; questionable_

1     immigration status

4     and/or

5 B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: no evidence by ∆; criminal record

14     IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

17 Dated: 1/13/11

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE